# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

JASON ACHILLES MCANULTY,

Plaintiff,

v.

SGT. STRAWTHER and UNKNOWN,

Defendants.

Case No. 3:26-cv-00020-SLG

## ORDER OF DISMISSAL

On February 2, 2026, the Court issued a Deficiency Order notifying self-represented prisoner Jason Achilles McAnulty that the above captioned case is deficient.[1] The order stated that this case would be dismissed without further notice to Plaintiff if he failed to either pay the $350 filing fee and the $55 administrative fee, a total of $405, or file a completed and signed Prisoner Application to Waive Prepayment of the Filing Fee on District of Alaska Form PS10 with an attached statement from Plaintiff's prisoner trust account within 30 days of the date of the Deficiency Order.[2] The Deficiency Order also stated that Plaintiff's failure to keep a current address on file with the Court may result in dismissal of this case without further notice to Plaintiff.[3]

---

[1] Docket 3.

[2] Docket 3 at 3.

[3] Docket 3 at 4.

On February 6, 2026, the Deficiency Order was returned to the Court as undeliverable,[4] and on February 10, 2026, the Court issued a Notice of Intent to Dismiss this action, informing Plaintiff that this case would be dismissed if Plaintiff failed to update his address within 30 days of the date of that order.[5] On February 20, 2026, the Notice of Intent to Dismiss was also returned to the Court as undeliverable.[6]

To date, Plaintiff has not responded or otherwise contacted the Court. Therefore, this case must be DISMISSED.

**IT IS THEREFORE ORDERED:**

1. This case is **DISMISSED**.

2. All pending motions are **DENIED as moot**.

3. The Clerk shall issue a final judgment and close this case.

DATED this 15th day of April, at Anchorage, Alaska.

> */s/ Sharon L. Gleason*
> SHARON L. GLEASON
> UNITED STATES DISTRICT JUDGE

---

[4] Docket 4.

[5] Docket 5.

[6] Docket 6.

Case No. 3:26-cv-00020-SLG, *McAnulty v. Sgt. Strawther, et al.*
Order of Dismissal
Page 2 of 2